```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 30612
   JOSE A MARTINEZ
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2282


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/18/2004 and was confirmed 10/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  59.01% from remaining funds.

     The case was paid in full 11/19/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
MIDLAND MORTGAGE CO        CURRENT MORTG      .00             .00            .00
MIDLAND MORTGAGE CO        MORTGAGE ARRE  17705.43            .00       17705.43
ALLIANCE CREDIT            UNSECURED      NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED           .00            .00
BUDGET COUNSELORS CREDIT   UNSECURED OTH    195.00            .00         115.10
ROUNDUP FUNDING LLC        UNSECURED       1292.14            .00         762.45
ROUNDUP FUNDING LLC        UNSECURED       2513.62            .00        1483.21
CITY OF CHICAGO PARKING    UNSECURED        730.00            .00         430.75
EXELON COMED               UNSECURED      NOT FILED           .00            .00
NATIONWIDE CREDIT CO       UNSECURED      NOT FILED           .00            .00
NCO FINANCIAL              UNSECURED      NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          .00             .00            .00
NCM TRUST                  UNSECURED       1254.16            .00         740.04
RSHK CBUSA                 UNSECURED      NOT FILED           .00            .00
CFC FINANCIAL LLC          UNSECURED        274.44            .00         161.94
RESURGENT CAPITAL SERVIC   UNSECURED        198.67            .00         117.23
TCF BANK                   UNSECURED      NOT FILED           .00            .00
EYE SPECIALISTS CENTER S   UNSECURED      NOT FILED           .00            .00
MARKO LEKOVIC MD           UNSECURED      NOT FILED           .00            .00
MORTGAGE ELECTRONIC REGI   COST OF COLLE      .00             .00            .00
FISHER & SHAPIRO           NOTICE ONLY   NOT FILED            .00            .00
MORTGAGE ELECTRONIC SYS    NOTICE ONLY   NOT FILED            .00            .00
DAVID M SIEGEL             DEBTOR ATTY    2,244.00                       2,244.00
TOM VAUGHN                 TRUSTEE                                       1,439.85
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 25,200.00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 30612 JOSE A MARTINEZ

```
PRIORITY                                                            .00
SECURED                                                       17,705.43
UNSECURED                                                      3,810.72
ADMINISTRATIVE                                                 2,244.00
TRUSTEE COMPENSATION                                           1,439.85
DEBTOR REFUND                                                       .00
                                    ---------------      ---------------
TOTALS                                   25,200.00            25,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```